No. 75–1446. CHARGER INVESTMENTS, INC., DBA SQUIRE, ET AL. *v.* CORBETT, CHIEF OF POLICE OF REVERE, ET AL.   Appeal from Sup. Jud. Ct. Mass. dismissed for failure to file notice of appeal within time provided by this Court's Rule 11 and 28 U. S. C. § 2101.

No. 75–1815. GABRIEL *v.* UNITED STATES ET AL.   Appeal from D. C. N. J. dismissed for failure to file notice of appeal within time provided by this Court's Rule 11 and 28 U. S. C. § 2101.